# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

NATHAN LEWIS (#319391)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

22-413-SDD-SDJ

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated September 30, 2024, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Timothy Hooper, Francis Smith, Joyce Hill, Donald Johnson, and Carl Thomas is GRANTED, and non-moving Defendants Eric Hinyard and Albert Watson are dismissed sua sponte. This action is DISMISSED, WITH PREJUDICE, as the claims contained herein are prescribed.

Signed in Baton Rouge, Louisiana the  4th  day of November, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 24.
[2] Rec. Doc. 37.
[3] Rec. Doc. 40.